UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Application GRANTED. SO ORDERED.
Dated: October 1, 2026

AUBREY LYNN BOHLER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civ. Action No. 1:26-cv-05698-SDA

To the Honorable Judge Aaron:

Plaintiff in the above-captioned matter, by and through undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through December 8, 2026, for Plaintiff to file their Brief.

As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due December 8, 2026. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on February 8, 2027. Attorney Graham Morrison consents to this proposed schedule.

Respectfully submitted,

Dated: October 1, 2026

/s/ Ida M. Comerford, Esq.
Ida M. Comerford, Esq.
Hiller Comerford Injury & Disability Law
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
(716)564-3288
Email: icomerford@hillercomerford.com